1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9
10   UNITED STATES OF AMERICA,

11          Plaintiff,                          Case No. 2:13-cr-00132-LDG (VCF)

12   v.                                         **ORDER**

13   JEFFREY R. NOWAK,

14          Defendant.

15

16

17          The defendant, Jeffrey R. Nowak, moves to amend the judgment in his criminal case

18   (ECF No. 181) to modify the Court's placement recommendation to placement at a federal

19   prison camp that has a Residential Drug Treatment Program.  The government has filed a

20   response indicating that it does not oppose the proposed amendment (ECF No. 186).

21          Accordingly, for good cause shown,

22          THE COURT **ORDERS** that Defendant's Motion to Amend Judgment in a Criminal

23   Case (ECF No. 181) is GRANTED.  The Judgment shall be AMENDED to remove the

24   Court's recommendation that the Defendant be permitted to serve his term in incarceration

25   in FTI Atwater or Victorville, CA., and to replace it with the Court's recommendation that the

26

defendant be permitted to serve his term in incarceration at a federal prison camp that has a Residential Drug Treatment Program.

DATED this _____ day of September, 2017.

Lloyd D. George
United States District Judge